[Civ. No. 897.   Third Appellate District.—February 15, 1908.]

ANNA RANDALL, Appellant, v. CLARK V. FREED, Respondent.

ACTION FOR DAMAGES EXCEEDING $2,000.—CROSS-COMPLAINT FOR INJUNCTION—APPEAL—JURISDICTION OF SUPREME COURT.—Where the plaintiff brought an action to recover damages for personal injuries in excess of $2,000, and the defendant, besides answering, filed a cross-complaint for an injunction to restrain plaintiff from the commission of a nuisance, and the judgment was for the defendant, from which and from an order denying plaintiff's motion for a new trial, the plaintiff appealed, the supreme court has exclusive jurisdiction of such appeal, and, when taken to this court, it must be transferred to the supreme court.

APPEAL from a judgment of the Superior Court of Placer County, and from an order denying a new trial. J. E. Prewett, Judge.

The facts are stated in the opinion of the court.

Tabor & Tabor, and Grove L. Johnson, for Appellant.

L. L. Chamberlain, for Respondent.

BURNETT, J.—The action was brought for damages in the amount of $2,070 for personal injuries. The defendant filed an answer and cross-complaint in which he sought an injunction to restrain plaintiff from the commission of a nuisance. The judgment was in favor of defendant, from which and the order denying her motion for a new trial plaintiff appealed directly to this court.

It is conceded by appellant and it must be so held under article II, section 4 of the constitution, that the appeal should have been taken in the first instance to the supreme court.

The cause is transferred to the supreme court.

Hart, J., and Chipman, P. J., concurred.